UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PATRA JANE LEMMON**,                          Case No. 6:14-cv-02049-KI

         Plaintiff,                           JUDGMENT

     v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

         Defendant.

       Kathryn Tassinari
       Robert Baron
       Harder, Wells, Baron & Manning, P.C.
       474 Willamette, Ste. 200
       Eugene, OR 97401

           Attorneys for Plaintiff

       Billy J. Williams
       United States Attorney
       District of Oregon

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Alexis L. Toma
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   29th   day of February, 2016.

    /s/ Garr M. King
    Garr M. King
    United States District Judge